ORIGINAL

FILED

11/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0354

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0354

IN RE THE MARRIAGE OF:

JILLIAN M. KNOLL,

      Petitioner and Appellee,

v.

BUDDY D. VALENTINE,

      Respondent and Appellant.

FILED

NOV 16 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Buddy D. Valentine has filed a motion for a 90-day extension of time within which to file his opening brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's brief shall be filed on or before January 26, 2021.

DATED this 16 day of November, 2020.

For the Court,

By _____
           Chief Justice